FILED ___ ENTERED
___ LOGGED ___ RECEIVED

APR 0 4 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the

United States of America )
v. )
) Case No. 13-00678-SKG
)
CALVIN MOORE )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 10, 2012__ in the county of __Baltimore City__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Possession of a firearm by a felon |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Edgar Allen, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/03/2013

_____
*Judge's signature*

City and state: Baltimore, Maryland     Hon. Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Edgar Allen, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, having conducted an investigation, am aware of the following facts:

1. I have been a member of the Baltimore City Police Department since August 16, 1989. I have received training at the Baltimore City Police Academy in criminal law, probable cause, search and seizure, the use of informants, surveillance methods, and the constitutional rights of citizens. I have attended a yearly in-service training, which satisfied the requirements of the Maryland Police Training Commission. I am currently assigned to the Bureau of Alcohol, Tobacco Firearms and Explosives' (*hereinafter* ATF) High Intensity Drug Trafficking Area Task Force where I have received additional investigative training. In this capacity I am responsible for investigating federal and state firearms violations and the investigation of violent drug and gun trafficking organizations. I am an active investigator for the EXILE Program in which state and local arrests for firearms violations are reviewed and referred for possible federal prosecution.

2. I make this affidavit in support of a criminal complaint charging the defendant Calvin Moore with possession of a firearm by a previously convicted felon, in violation of 18 U.S.C. § 922(g)(1). The information contained in this affidavit is based on information I have obtained from other law enforcement officers, investigative reports, and other investigation. I have not included all of the information relevant to the investigation in this affidavit but I do not believe that I have omitted any information that would have a tendency to defeat a showing of probable cause.

3. On August 10, 2012, at approximately 10:20 pm, members of the Baltimore Police Department on patrol in a vehicle heard what they believed to be gunshots. The officers drove to the vicinity of the suspected gunshots and observed two males. One of the males handed an object to another male, who was identified as the defendant Calvin Moore. Moore then appeared to observe the police car, which was unmarked but which may have been recognizable as a police vehicle (the officers inside the car were in uniform). Moore began to run on a course that initially brought him closer to the police vehicle. Two of the officers inside the car were able to observe a handgun in Moore's hands. Officers pursued Moore, and one of the pursuing officers observed Moore toss or drop the handgun as he fled. Moore was eventually apprehended. Officers then backtracked and recovered the handgun. The handgun was a revolver and contained four spent shell casings in the cylinder (suggesting it had been fired) and one live round. The weapon was identified as a Charter Arms .357 caliber revolver, serial number 834137.

*[Handwritten insertion:]* P/O Tim Nies observed Moore as he entered the alley in the 200 Blk N. Hilton St. Moore threw the gun into the 1st yard. P/O Nies made note of the yard and continued after Moore and apprehended him at the other end of the same alley within the 200 Blk N. Hilton St. P/O's returned in a matter of minutes to that 1st yard and recovered the handgun. E.A.

4. Examination of the firearm indicates that it constitutes a "firearm" capable of expelling a projectile by the action of an explosive. The firearm was manufactured outside the state of Maryland and therefore affected interstate commerce prior to its recovery in this state. Prior to August 10, 2012, the defendant had been convicted of a crime punishable by a term of imprisonment exceeding one year.

_____
TFO Edgar Allen
Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed before me
This ___ th day of April 2013 at Baltimore, Maryland

_____
Honorable Susan K. Gauvey
United States Magistrate Judge